UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BENNY RILEY, JR.                                                                  PLAINTIFF

V.                              NO. 3:16-CV-00286-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                   DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc.11*) is GRANTED. The Court's Scheduling Order (*doc. 9*) is modified to provide that Plaintiff's brief is due no later than **March 16, 2017**. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 1st day of February 2017.

_____
UNITED STATES MAGISTRATE JUDGE