IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BENNY RILEY                                                                PLAINTIFF

v.                      No. 3:16-CV-00286-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                            DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 3rd day of January, 2018.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE